UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MARVIN NOBLE,

        Petitioner,                      Case No. 1:21-cv-28

v.                                         Honorable Paul L. Maloney

SHANE JACKSON,

        Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's request for a temporary restraining order (ECF No. 2) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated: January 21, 2021                    /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge