UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MARVIN NOBLE,

        Petitioner,                      Case No. 1:21-cv-28

v.                                         Honorable Paul L. Maloney

SHANE JACKSON,

        Respondent.
_____/

**JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated: January 21, 2021                    /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge